# EXHIBIT A

EFiled: Oct 18 2024 04:15PM EDT
Transaction ID 74796675
Case No. K24C-10-014 RLG

Donicha McCann-Cross,
plaintiff

Vs.

COBAS Wellness and
behavioral Health

Civil Action No.
K24C-10-014 RLG

2024 OCT 18 P 1:35

## Complaint

1. Plaintiff worked for the defendant from May 2022 through January 2024 as a License Practical Nurse.

2. Plaintiff experienced a hostile work environment due to talk of sexual language, racism, sexism, gaslighting and spreading of rumors.

3. Plaintiff states she started dealing with adversity after a write-up with Lead nurse Kate Moore, LPN in the month of November 2022.

Plaintiff asked Audrey Aldrich why did she have to get written up for a medication error that occured under the authorization of the lead nurse.

4. Audrey Aldrich would start to say things to plaintiff such as "You ask questions, Adam doesn't!" Adam Cooke is plaintiffs co-worker and the nurse who works Thursday, Friday and Saturday.

5. Around the end of December 2022 clients were breaking into a locked medication room and stealing medications. This lead to management making new rules to enforce safety. One of those rules were any staff dispensing medications to clients are to do mouth checks afterwards. Upon plaintiff returning to work one day and checking her emails, she noticed an email where she was singled out because program director Ted Sammons claimed she did not do mouth checks. This is exhibit 1. Clients name blacked out.

6. On two different occasions plaintiff witnessed a caucasion client call a melanated client a nigger. Plaintiff made a complaint the first time it happened

in the New Hope facility. When it happened the second time in the Newark facility, plaintiff did not address the issue to avoid retaliation.

7. On July 18th, 2023 Regional Supervising Nurse Brittany Washington sent a muaisia adult sex toy to plaintiff's phone via text message. This is showcased in exhibit 2.

8. Plaintiff feels she was being gaslit whenever she went to management, such as Audrey Aldrich or Heather Maxion. Heather Maxion told plaintiff she was responding from PTSD. Exhibit 3 shows how hostile the environment was, Audrey Aldrich finished one of her sentences with the rumor can die with you. This will explain how much gossiping and spreading of rumors took place which lead to an unprofessional hostile work environment.

9. Plaintiff started finding it hard to complete her work in the hostile work environment, which lead to plaintiff needing clarity on assignments to do her work thoroughly. I intend for exhibit 4 to show

the hostility that was taking place. This is an email exchange between plaintiff, Audrey Aldrich, and the Psych NP, Hallie Dennison. Plaintiff claims she and Hallie Dennison had a good professional relationship at one point. Hallie Dennison told plaintiff that Audrey Aldrich told Hallie Dennison that "the plaintiff was going through some things." Another form of gossip and spreading rumors.

10. At this time plaintiff states she went to Heather Maxion, the building director and her supervisor Audrey Aldrich with her grievances. Heather Maxion told plaintiff she was responding from PTSD. Plaintiff does not have a diagnosis of PTSD.

11. Plaintiff states she reached out to Courtney Cannarella in Human Resources to explain her grievances regarding her issues while working for CORAS.

12. Exhibit 5 is an email exchange between plaintiff, Courtney Cannarella and Audrey Aldrich. Plaintiff is asking for a copy of her job description that she signed when Audrey Aldrich revised her duties on the job.

It was titled Residential Nurse Daily Duties. Courtney Cannarella and Audrey Aldrich denied that a signed copy of plaintiff's duties existed. Plaintiff found a copy in her copy of papers. These papers describe plaintiffs duties on her days of work and the duties of the nurse who would work Thursday, Friday and Saturday.

13. Plaintiff claims Audrey Aldrich told her to do an occurrence report for a medication mix-up. Plaintiff went to Heather Maxion and expressed her concerns about writing the occurrence report. Plaintiff's concerns stemmed from the unfair treatment she felt she was receiving. After Plaintiff's conversation with Heather, Audrey no longer wanted plaintiff to do the occurrence report. This is showcased in exhibit 6. Clients name blacked out.

14. On December 27th, 2023 plaintiff and Audrey Aldrich had a meeting about medication supervision. This was a recorded meeting on teams that took place in Audrey's office with Ron Romanelli and Jessica Buzney.

When the meeting concluded, Audrey A. asked plaintiff to move a med cart from one building to another building with no assistance. During this venture, plaintiff injured herself. Plaintiff then sent an email to Audrey A. and cc'd Courtney C. In the process of this email exchange, Audrey emailed plaintiff "Now she going to have a worker's comp claim ☹." Plaintiff feels Audrey meant to send this email to Courtney C. This is showcased with Exhibit 7.

15. Plaintiff has the right to sue from DOL in Delaware and is requesting compensation in the amount of $400,000.00.

10·18·24

Donicha McCann

**EFiled: Oct 18 2024 04:15PM EDT**
**Transaction ID 74796675**
**Case No. K24C-10-014 RLG**

**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

COUNTY:    N   (K)   S          CIVIL ACTION NUMBER: K24C-10-014 RLG

| | |
|---|---|
| Caption:<br><br>Donicha McCann-Cross<br><br>vs.<br><br>CoRAS Wellness and<br>Behavioral Health | Civil Case Code: C M I S<br><br>Civil Case Type: Civil Miscellaneous<br>(SEE REVERSE SIDE FOR CODE AND TYPE)<br><br>MANDATORY NON-BINDING ARBITRATION (MNA) _____<br><br>Name and Status of Party filing document:<br><br>Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>JURY DEMAND:  YES ✓  NO ____ |
| ATTORNEY NAME(S):<br>Donicha McCann<br>ATTORNEY ID(S):<br><br>FIRM NAME:<br><br>ADDRESS:<br>433 Northdaup dr.<br>Dover, DE 19904<br>TELEPHONE NUMBER:<br>(616) 615-1352<br>FAX NUMBER:<br><br>E-MAIL ADDRESS:<br>Ncrosscod@gmail.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:<br><br>EXPLAIN THE RELATIONSHIP(S):<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 12/17

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

EFiled: Oct 18 2024 04:15PM EDT
Transaction ID 74796675
Case No. K24C-10-014 RLG

Donicha McCann-Cross

       **Plaintiff(s)**

v.

CORAS Wellness and
Behavioral Health

       **Defendant(s)**

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. K24C-10-014 RLG

**PRAECIPE**

Please issue the following complaint to the defendant(s) _CORAS Wellness and Behavioral Health_. The address is 590 Naamans Rd Claymont, DE 19703.

Donicha McCann-Cross
       Name
433 Northdown Drive
Dover, DE 19904
(516)615-1352
       Address & Phone No.

EFiled: Oct 18 2024 04:15PM EDT
Transaction ID 74796675
Case No. K24C-10-014 RLG

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**
**IN AND FOR KENT COUNTY**

Donicha McCann-Cross )
)
)
)
**Plaintiff(s)** )
) Civil Action No. K24C-10-014 RLG
**v.** )
)
CORAS Wellness and )
Behavioral Health )  **SUMMONS**
)
)
**Defendant(s)** )

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF** New Castle **COUNTY**
**YOU ARE COMMANDED:**

    To summon the above-named defendant(s) CORAS Wellness and Behavioral Health
so that, within 20 days after service hereof upon CORAS Wellness and Behavioral Health
defendant(s), exclusive of the day of service defendant(s) shall serve upon Donicha McCann
_____, Pro Se Plaintiff, whose address is 433 Northdown drive Dover, DE
19904_____ an answer to the complaint and an affidavit of defense.

    To serve upon defendant(s) a copy of hereof and of the complaint and affidavit of demand.

Date: _____        _____
                                                                            Prothonotary

                                                        _____
                                                                            Per Deputy


**TO THE ABOVE-NAMED DEFENDANT**

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to
serve on Pro Se Plaintiff named above an answer to the complaint and an affidavit of defense, judgment by
default will be rendered against you for the relief demanded in the complaint.

Date: _____        _____
                                                                            Prothonotary

                                                        _____
                                                                            Per Deputy

EFiled: Oct 18 2024 04:15PM EDT
Transaction ID 74796675
Case No. K24C-10-014 RLG

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Cha |
| --- | --- |
| ☐ FEPA | **MCC030** |
| ☐ EEOC | **17C-2024-00334** |

**Delaware Department of Labor** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
| --- | --- | --- |
| Donicha McCann-Cross | (516) 615-1352 | 1986 |

| Street Address | City, State and ZIP Code | |
| --- | --- | --- |
| 433 Northdown Drive Dover, DE 19904 | | |

| Charging Party Representative Information | Charging Party Contact Phone Number |
| --- | --- |
| | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name/Address | No. Employees, Members | Phone No. *(Include Area Code)* |
| --- | --- | --- |
| New Hope/Coras Wellness and Behavioral 1 -11 East Street Harrington, DE 19952 | 15 - 100 Employees | (302) 577-0906 |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
| --- | --- | --- |
| | | |

| Respondent Representative Information |
| --- |
| |

| Respondent Contact Email | Respondent Phone Number |
| --- | --- |
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| [X] RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
| --- | --- | --- | --- | --- |
| ☐ RETALIATION | ☐ AGE | ☐ DISABILITY | ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | | | | |

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
| --- | --- |
| 9-12-2023 | 1-31-2024 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*

**Jurisdiction:** Charging Party worked for Respondent (DE employer; 15 + employees) as a License Practical Nurse until her constructive discharge on January 31, 2024. Charging Party presented this discrimination complaint to DDOL on March 08, 2024.

**Charging Party's protected class:** Race (Multi-Racial)

**Adverse employment action:** Disciplined, Constructive Discharged, Harassment and Hostile Work Environment

**Brief statement of allegations:** Charging Party alleges Respondent Disciplined, Constructively Discharged, Harassed, and subjected her to a Hostile Work Environment on the basis of her elected Race (Multi-Racial).

**Comparator(s) or other specific reason(s) for alleging discrimination:**

**Race (Multi-Racial): Discipline, Discharged** Charging Party avers while she was working at Respondent's a Caucasian client pushed a brown male client and called him a nigger. Charging Party asserts when she asked Chief Nursing Officer Audrey Aldrich what was being done, she was ignored. Charging Party states, when she asked if an incident report should be done, she would be given a different answer. Charging Party claims on one other occasion a male Caucasian called a brown woman a nigger and she did not inquire because of how it was handled the first time she heard someone being called a nigger. Charging Party avers Respondent showed people of non-color favoritism.

Charging Party states a client was discharged from the program and she accidently gave him another clients medication. Charging Party avers Ms. Aldrich sent her an email to write an occurrence report. Charging Party avers she went to Heather Maxion (Title Unknown) and let her know the med cart and the med room had not been cleaned by coworker Adam Cooke, so they both should have written an occurrence report. Charging Party stated Ms. Aldrich no longer wanted her to write the occurrence report. Charging Party states, she was constructively discharged on January 31, 2024.

**Harassment: Constructive Discharge/Hostile Work Environment** Charging Party asserts Ms. Aldrich would tell her things such as "I like things to be black and white. "Charging Party states Ms. Maxion told her that no one was messing with her she was operating from (PTSD) Post-traumatic stress disorder. Charging Party asserts after moving a medicine cabinet she was having back pain and wanted to leave early. Charging Party avers she told Ms. Aldrich she would go on bedrest and take medication once she was home. Charging Party states Ms. Aldrich replied with "now she's going to have a worker's comp claim." Charging Party states, she never mentioned a workers comp claim Ms. Aldrich sent the email to her in error it was meant for Human Resource Director Courtney Cannarella.

Charging Party claims on July 18, 2023, Brittany Washington sent a picture of a muajsia adult toy life size. Charging Party asserts in an email form Christina Davila, Ms. Davila stated she did not work the next day, but she will be doing "women's work, groceries and such." Charging Party avers she asked herself what women's work was and how does it equate to "groceries and such." Charging Party states, she was constructively discharged on January 31, 2024.

**Applicable law(s):** Title VII of the Civil Rights Act of 1964, as amended; Delaware Discrimination in Employment Act, as amended;

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | I swear or affirm the I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the above is true and correct.<br><br><br>_____<br>Date                    Charging Party Signature | **SIGNATURE OF COMPLAINANT**<br><br>**x**_____<br>**SUBSCRIBED AND SWORN TO BEFOR ME THIS DATE**<br>*(Month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under work-sharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EXHIBIT



**EFiled: Oct 18 2024 04:15PM EDT**
**Transaction ID 74796675**
**Case No. K24C-10-014 RLG**

**Re: Medications**

Ronald Romanellli <rromanelli@coraswellness.org>
Tue 4/18/2023 11:28 AM

To: Shelby Stevens <sstevens1@coraswellness.org>;Audrey Aldrich <aaldrich@coraswellness.org>

Cc: Donicha McCann-Cross <dmccann-cross@coraswellness.org>;Adam Cooke
<acooke@coraswellness.org>

Have we ever confirmed if any medications are missing?

**Ron Romanelli**

**Director of Residential Services**
590 Naamans Rd Claymont, DE 19703
833-886-2277 (24/7 Call Center Services)
302-388-6238 (Cell)
rromanelli@coraswellness.org



From: Shelby Stevens <sstevens1@coraswellness.org>
Sent: Sunday, April 16, 2023 4:00 PM
To: Audrey Aldrich <aaldrich@coraswellness.org>
Cc: Ronald Romanellli <rromanelli@coraswellness.org>; Donicha McCann-Cross <dmccann-cross@coraswellness.org>; Adam Cooke <acooke@coraswellness.org>
Subject: Medications

I've been told that client's are still breaking into the medication room and taking medications. I'm not sure how true it is. I was told by ▆▆▆▆▆ but he has been struggling mentally lately and may be paranoid. However I went to give out medications and ▆▆▆▆▆ is prescribed 150mg Wellbutrin and it was signed off like he was given it yesterday and every day prior but there were no Wellbutrin bubble packs with his name on it, neither in the top or bottom drawers, and I tried to look for an empty bubble pack to see if he ran out yesterday and could not find the empty bubble pack.
And then it seemed weird because ▆▆▆ made it a point to come to the window and say that he hasn't been taking his Wellbutrin that he is prescribed, however it is being signed off that he is taking his Wellbutrin. And ▆▆▆▆▆ says ▆▆ is the one breaking in and taking the Wellbutrin.

Can anyone provide clarification on this matter? Did ▆▆▆▆ run out of his Wellbutrin yesterday to anyone's knowledge? ▆▆▆▆ will need his Wellbutrin ordered as he does not have any at this time.

4/19/2023, 12:05 AM

EX HIBIT 1

## Re: medication

Donicha McCann-Cross <dmccann-cross@coraswellness.org>

Tue 1/3/2023 9:25 AM

To: Ted Sammons <tsammons@coraswellness.org>;Audrey Aldrich <aaldrich@coraswellness.org>

Cc: New Hope/MRP Staff <newhopemrpstaff@inperium.org>

Good morning, Ted, I hope when you are able to check the cameras again you see I have been doing the mouth checks. I hope that if it is something I am not doing to your satisfaction you can send an email to me and Ms. Audrey, only because you addressed me directly and being that this is policy I would like to handle it as professionally as I can. Thank you for your consideration on this matter.

**From:** Ted Sammons <tsammons@coraswellness.org>
**Sent:** Thursday, December 22, 2022 7:45 PM
**To:** Audrey Aldrich <aaldrich@coraswellness.org>
**Cc:** New Hope/MRP Staff <newhopemrpstaff@inperium.org>
**Subject:** Re: medication

One left on an administrative discharge as he was pocketing it which was on video. It was rumored he had a pill crusher and was snorting it. He had been on a final warning because he was doing nothing while in our care. We have another one who has refused mouth checks. We believe he was in on the snorting but can't prove it. He is on a final warning. I have a strange group of 5-6 guys that apparently followed each other to CORAS from DBH. I have my hands full at 3.3.

But I need you to address Donicha because while watching the video she did not enforce mouth checks. I'm looking on video when I get in tomorrow to see if Adam did his last weekend.

The peers are doing it because they text me to tell me who is giving them a hard time about it. And surprise, it's the aforementioned group from DBH.

Ted Sammons, MS, CAADC
Site Director
CORAS Wellness & Behavioral Health
3 East Street
Harrington, DE 19952
O: 302-786-7800 x5303
C: 302-332-8315
F: 302-786-7817
Email: tsammons@coraswellness.org
24/7 Access HUB 1-833-886-2277
www.coraswellness.org
Facebook.com/CORASWellness
Looking for services? Contact our 24/7 Wellness and Recovery Hub: 833-886-2277
CORAS: https://coraswellness.org/

The information contained in this electronic mail transmission is privileged and confidential. It is intended for the sole use and viewing of the intended recipient(s). If you are not an intended recipient, you are hereby

**RUMORS**    EXHIBIT 3

Audrey Aldrich <aaldrich@coraswellness.org>

Wed 9/13/2023 9:02 AM

To:New Hope/MRP Staff <newhopemrpstaff@inperium.org>

Good morning everyone,

I wanted to let you know that rumors can be very damaging to a company, a clinic and more importantly people. If you hear a RUMOR, please do not continue to spread it. If you have a concern or questions, please reach out to me, Ron or Heather. Most of you know me well enough that I am pretty straightforward with these types of situations, and I will be genuine when answering any questions.

Cameron and Shana have been on site for a couple of reasons and will be throughout the month of September. They are the new leadership of CORAS, they want to be onsite, learning about how things work and learning from each of you. The Audit for MAT raised some challenges for us with training and documentation, things we must address moving forward. This is how we learn as a team and trust each other.

This is different from what you are used too, I know. But having leadership on site is NOT a bad thing, it is showing they care and want to help.

So, I am asking you...if you hear of something that has not come from my mouth, Ron's or Heather's, it is a rumor and to LET IT GO...it can die with you!

Any questions PLEASE let me know and I will help as much as I can.

Thank you
Audrey



Audrey M. Aldrich, MSN, RN
Chief Nursing Officer

Phone: 833-886-2277
Mobile: 302-577-0906
Email: aaldrich@coraswellness.org

1-11 East Street
Harrington, DE 19952

www.coraswellness.org
www.ironwellness.org

*** DISCLAIMER: The information contained in this electronic mail transmission is privileged and confidential. It is intended for the sole use and viewing of the intended recipient(s). If you are not an intended recipient, you are hereby notified that any dissemination, distribution or other use of this prohibition may result in civil or criminal liability. If you have received this mail in error, please notify the sender by way of reply or telephone, toll-free, 1-833-467-6468 and request to speak with the HIPAA Compliance Officer (option 4). Thank you for your consideration.

EXHIBIT 4

## RE: Med changes

**Audrey Aldrich** <aaldrich@coraswellness.org>

Wed 11/1/2023 12:15 PM

To:Donicha McCann-Cross <dmccann-cross@coraswellness.org>;Hallie Dennison <hdennison@coraswellness.org>

STOP!!



**From:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Sent:** Wednesday, November 1, 2023 12:15 PM
**To:** Hallie Dennison <hdennison@coraswellness.org>
**Cc:** Audrey Aldrich <aaldrich@coraswellness.org>
**Subject:** Re: Med changes

This brings me back to when I asked you how you wanted things done in the beginning. As for as what my peers are asking for does not concern me. I want to do my job to the best of my ability and stay within scope of practice, and I actually ask you to skip the verbal part because written form is the most accurate form of communication, that is what I was taught in nursing school. I have sent you multiple emails with no response. I ask for direct orders as I like to respect the hierarchy and follow the chain of command.

**From:** Hallie Dennison <hdennison@coraswellness.org>
**Sent:** Wednesday, November 1, 2023 12:08 PM
**To:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Cc:** Audrey Aldrich <aaldrich@coraswellness.org>
**Subject:** Re: Med changes

The clients are scheduled to start at 2pm for New Hope. Please refer to the schedule. As far as the orders being put into Dr first by me (1), then being verbally told to you or Adam or Gloria (2), and now wanting me to also write out a separate email (3). It's unnecessary. No one else is asking for this. I will send them electronically and verbally inform you after each client and should be written down at that time. They are also being written in the MAR when I send them electronically. So, there should be no confusion unless it is entered incorrectly.

Hope you're having a good day and we can speak at 2pm.

EXHIBIT 4

*Thanks,*

*Hallie*

Hallie K Dennison, PMHNP-BC

Psychiatric Nurse Practitioner

Coras Wellness and Behavioral Health

590 Naaman's Rd

Claymont, DE 19703

Ph: 302-605-0569

Fax: 302-691-0572

---

**From:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Sent:** Wednesday, November 1, 2023 11:50 AM
**To:** Hallie Dennison <hdennison@coraswellness.org>
**Cc:** Audrey Aldrich <aaldrich@coraswellness.org>
**Subject:** Re: Med changes

I do not understand where the third communication comes in. Also, when I first started working with you, I asked you did you have a order or a way you wanted things done. I want to make sure everyone's time is respected. Thank you

---

**From:** Hallie Dennison <hdennison@coraswellness.org>
**Sent:** Wednesday, November 1, 2023 11:47 AM
**To:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Cc:** Audrey Aldrich <aaldrich@coraswellness.org>
**Subject:** Re: Med changes

Also, I will be starting at 2 pm today

*Thanks,*

*Hallie*

Hallie K Dennison, PMHNP-BC

Psychiatric Nurse Practitioner

Coras Wellness and Behavioral Health

590 Naaman's Rd

Claymont, DE 19703


Ph: 302-605-0569

Fax: 302-691-0572


**From:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Sent:** Wednesday, November 1, 2023 11:42 AM
**To:** Hallie Dennison <hdennison@coraswellness.org>
**Cc:** Audrey Aldrich <aaldrich@coraswellness.org>
**Subject:** Re: Med changes

I definitely understand not doing double work! I would like to ask for the email then so when I do the paper Rx there are no discrepancies on my end, and I cc you once the Rx is sent. Is that ok?

**From:** Hallie Dennison <hdennison@coraswellness.org>
**Sent:** Wednesday, November 1, 2023 11:38 AM
**To:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Cc:** Audrey Aldrich <aaldrich@coraswellness.org>
**Subject:** Re: Med changes

so, normally when a change is made, I converse with the nurse right after and give the verbal instructions that should be written down at that time. I can follow up with written as well but when I am conveying a verbal that should be sufficient I think?? I don't need to send confirming emails for something that is already done. I also inform the client of the change and they should be able to communicate that as they are actively involved in their care.


Thanks,

Hallie


Hallie/K Dennison, PMHNP-BC

Psychiatric Nurse Practitioner

Coras Wellness and Behavioral Health

590 Naaman's Rd

Claymont, DE 19703

Ph: 302-605-0569

Fax: 302-691-0572

**From:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Sent:** Wednesday, November 1, 2023 11:18 AM
**To:** Hallie Dennison <hdennison@coraswellness.org>
**Cc:** Audrey Aldrich <aaldrich@coraswellness.org>
**Subject:** Med changes

Good day, I wanted to inquire about following orders regarding med changes. Once you have a
session with a client, should I be referring to carelogic or do I need an actual verbal from you? I
want to give an example, when you saw ████████ a couple of his medications were discontinued.
I did not get a reply back from the email I sent to you regarding the changes involving his
medications which I totally understand, so I am trying to learn ways to do that and still respect
the schedule and get it done properly and with-in my scope of practice. Thank you for your
time.

*** DISCLAIMER: The information contained in this electronic mail transmission is privileged and confidential.
It is intended for the sole use and viewing of the intended recipient(s). If you are not an intended recipient,
you are hereby notified that any dissemination, distribution or other use of this prohibition may result in civil
or criminal liability. If you have received this mail in error, please notify the sender by way of reply or
telephone, toll-free, 1-833-467-6468 and request to speak with the HIPAA Compliance Officer (option 4).
Thank you for your consideration.

## Re: Job description

Donicha McCann-Cross <dmccann-cross@coraswellness.org>
Tue 12/26/2023 10:43 AM
To:Audrey Aldrich <aaldrich@coraswellness.org>;Courtney Cannarella <ccannarella@coraswellness.org>

I will wait for the one I signed.

---

**From:** Audrey Aldrich <aaldrich@coraswellness.org>
**Sent:** Tuesday, December 26, 2023 10:43 AM
**To:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>; Courtney Cannarella
<ccannarella@coraswellness.org>
**Subject:** RE: Job description

AHHH, I have the generic one here but the signed one is at my office.



**Audrey M. Aldrich, MSN, RN**
Chief Nursing Officer

Phone: 833-886-2277
Mobile: 302-577-0906
Email: aaldrich@coraswellness.org

1-11 East Street
Harrington, DE 19952

www.coraswellness.org
www.ironwellness.org

---

**From:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Sent:** Tuesday, December 26, 2023 10:42 AM
**To:** Courtney Cannarella <ccannarella@coraswellness.org>; Audrey Aldrich <aaldrich@coraswellness.org>
**Subject:** Re: Job description

Okay, then Audrey has it. I signed a job description describing days for me and adam.

---

**From:** Courtney Cannarella <ccannarella@coraswellness.org>
**Sent:** Tuesday, December 26, 2023 10:41 AM
**To:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>; Audrey Aldrich <aaldrich@coraswellness.org>
**Subject:** Re: Job description

Good Morning Donicha,

I don't see any signed job descriptions in your file. I do have the merit letter which stated your rate increase.

Is this what you are looking for?

Thank you,

*please note my new email: ccannarella@coraswellness.org\**

**Courtney Cannarella, MBA**

Human Resource Director
Substance Abuse
Coras Wellness/IRON/APIS Services INC.
ccannarella@coraswellness.org
C-302-650-6022

Conexio Care, INC.
Human Resources Department
590 Naamans Road  Office #279
Claymont, DE 19703

*Looking for services? Contact our 24/7 Wellness and Recovery Hub: 833-886-2277*
**IRON**: www.ironwellness.org
**CORAS**: https://coraswellness.org/



**FUTURE OUT OF OFFICE DATES:**

- December 25, 2023- Office Closed
- January 1, 2024- Office Closed

---

**From:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Sent:** Tuesday, December 26, 2023 10:30 AM
**To:** Audrey Aldrich <aaldrich@coraswellness.org>
**Cc:** Courtney Cannarella <ccannarella@coraswellness.org>
**Subject:** Re: Job description

Okay, I can wait to get a copy from HR.

---

**From:** Audrey Aldrich <aaldrich@coraswellness.org>
**Sent:** Tuesday, December 26, 2023 10:29 AM
**To:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Cc:** Courtney Cannarella <ccannarella@coraswellness.org>
**Subject:** RE: Job description

I would have sent it to HR.
Is there something specific you are looking for?





Audrey M. Aldrich, MSN, RN
Chief Nursing Officer

Phone: 833-886-2277
Mobile: 302-577-0906
Email: aaldrich@coraswellness.org

1-11 East Street
Harrington, DE 19952

www.coraswellness.org
www.ironwellness.org

**From:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Sent:** Tuesday, December 26, 2023 10:28 AM
**To:** Audrey Aldrich <aaldrich@coraswellness.org>
**Cc:** Courtney Cannarella <ccannarella@coraswellness.org>
**Subject:** Re: Job description

And if possible, I would like a copy of the one I signed. Thank you.

**From:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Sent:** Tuesday, December 26, 2023 10:27 AM
**To:** Audrey Aldrich <aaldrich@coraswellness.org>
**Cc:** Courtney Cannarella <ccannarella@coraswellness.org>
**Subject:** Re: Job description

No, I want a copy of the letter I signed regarding my pay increase instead of mileage reimbursement. I only signed job description for Harrington/New Hope.

**From:** Audrey Aldrich <aaldrich@coraswellness.org>
**Sent:** Tuesday, December 26, 2023 10:25 AM
**To:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Cc:** Courtney Cannarella <ccannarella@coraswellness.org>
**Subject:** RE: Job description

I am not sure you signed one when you went to Newark. But Courtney would have that . Courtney she would need the JD for Residential LPN and Dosing LPN.
Thank you
Audrey



Audrey M. Aldrich, MSN, RN
Chief Nursing Officer

Phone: 833-886-2277
Mobile: 302-577-0906
Email: aaldrich@coraswellness.org



1-11 East Street
Harrington, DE 19952

www.coraswellness.org
www.ironwellness.org

**CORAS**
Wellness & Behavioral Health

**From:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Sent:** Tuesday, December 26, 2023 10:23 AM
**To:** Audrey Aldrich <aaldrich@coraswellness.org>
**Cc:** Courtney Cannarella <ccannarella@coraswellness.org>
**Subject:** Job description

Good mourning, I requested a copy of the Job description paper I signed for Harrington/New Hope but I have not received a copy yet. Can I also get a copy of the paper I signed when I transferred to Newark Coras MAT? Thank you.

\*\*\* DISCLAIMER: The information contained in this electronic mail transmission is privileged and confidential. It is intended for the sole use and viewing of the intended recipient(s). If you are not an intended recipient, you are hereby notified that any dissemination, distribution or other use of this prohibition may result in civil or criminal liability. If you have received this mail in error, please notify the sender by way of reply or telephone, toll-free, 1-833-467-6468 and request to speak with the HIPAA Compliance Officer (option 4). Thank you for your consideration.

Exhibit 5

## Residential Nurse Daily Duties

**Monday**      Medication passes at each program

Assess/Triage Clients from weekend

Place clients in front of PNP (With apt, schedule as needed)

Admissions

Plant PPD

Make MAR

Ensure PRN medications have been ordered and placed on MAR

Check and Log Fridge temperature

Report Sheet on update for next shift

*This is the list of responsibilities I was denied by courney c. and Audrey A.*

**Tuesday**      Medication passes at each program

Assess/Triage Clients from weekend

Place clients in front of PNP (With apt, schedule as needed)

Admissions

Plant PPD

Make MAR

Ensure PRN medications have been ordered and placed on MAR

Check and Log Fridge Temperature

Random UDS-Update Spread Sheet

Report Sheet on update for next shift

**Wednesday**      Medication passes at each program

Assess/Triage Clients from weekend

Place clients in front of PNP (With apt, schedule as needed)

Admissions

Plant PPD

Exhibit 5

Make MAR

Ensure PRN medications have been ordered and placed on MAR

Review/Chart PPD placed on Monday

Check and Log Fridge Temperature

Random UDS-Update Spread Sheet

Report Sheet on update for next shift


**Thursday**        Medication passes at each program

Assess/Triage Clients from weekend

Place clients in front of PNP (With apt, schedule as needed)

Admissions

Plant PPD

Make MAR

Ensure PRN medications have been ordered and placed on MAR

Review/Chart PPD placed on Tuesday

Check and Log Fridge Temperature

Random UDS-Update Spread Sheet

Report Sheet on update for next shift


**Friday**        Medication Pass at each program

Review/Chart PPD placed on Wednesday

Clean up Med Cart

Remove medication from clients no longer in program

Ensure there are no loose medications

Review medications that need to be refilled

Follow up with Life Tree for any that are not present

Send updated Census to Lifetree for both MRP and New Hope

Exhibit 5

Add medication into SMART if they have changed or new

Update MAR for new medications or changes to medications

Report Sheet on update for next shift

-The nursing responsibilities
that Courtney stated
I never signed
as per Audrey.

**Saturday**    Medication Pass at Each Program

Review/Chart PPD placed on Thursday

Random UDS-Update Spread Sheet

Report Sheet on update for next shift

Organize and clean up both Med rooms

MONTHLY

Request MAR for next month

Review and ensure accuracy with MAR/SMART

**Sunday**    Medication Pass at Each Program

Report Sheet on update for next shift

***Normally admissions will not come on Friday, but if they do, refer to items under Monday-Thursday to assure everything is being completed. ****

I have read and understand my responsibilities

Daniela McCon, LPN

Exhibit 6

## Re: Occurrence Report

Donicha McCann-Cross <dmccann-cross@coraswellness.org>

Mon 12/11/2023 9:59 AM

To:Audrey Aldrich <aaldrich@coraswellness.org>

Good day can you please tell me what this would be listed under?

---

**From:** Audrey Aldrich <aaldrich@coraswellness.org>
**Sent:** Thursday, December 7, 2023 9:27 AM
**To:** Donicha McCann-Cross <dmccann-cross@coraswellness.org>
**Subject:** Occurrence Report

Good morning,
Upon returning to work an Occurrence report needs to be completed about ████████ and the medication mix up.
Thank you
Audrey



Audrey M. Aldrich, MSN, RN
Chief Nursing Officer

Phone: 833-886-2277
Mobile: 302-577-0906
Email: aaldrich@coraswellness.org

1-11 East Street
Harrington, DE 19952

www.coraswellness.org
www.ironwellness.org

---

*** DISCLAIMER: The information contained in this electronic mail transmission is privileged and confidential. It is intended for the sole use and viewing of the intended recipient(s). If you are not an intended recipient, you are hereby notified that any dissemination, distribution or other use of this prohibition may result in civil or criminal liability. If you have received this mail in error, please notify the sender by way of reply or telephone, toll-free, 1-833-467-6468 and request to speak with the HIPAA Compliance Officer (option 4). Thank you for your consideration.

EXHIBIT 1

## RE: early leave

Audrey Aldrich <aaldrich@coraswellness.org>
Wed 12/27/2023 12:07 PM
To:Donicha McCann-Cross <dmccann-cross@coraswellness.org>

Now she going to have a workers comp claim 😕



**Audrey M. Aldrich, MSN, RN**
Chief Nursing Officer

**Phone:** 833-886-2277
**Mobile:** 302-577-0906
**Email:** aaldrich@coraswellness.org

1-11 East Street
Herrington, DE 19952

www.coraswellness.org
www.ironwellness.org

From: Donicha McCann-Cross <dmccann-cross@coraswellness.org>
Sent: Wednesday, December 27, 2023 11:56 AM
To: Audrey Aldrich <aaldrich@coraswellness.org>
Cc: Courtney Cannarella <ccannarella@coraswellness.org>
Subject: early leave

After moving the medicine cart that you told me to move, I am having back pain. I would like early leave please. I will go on bedrest and take some motrin once I am home.

*** DISCLAIMER: The information contained in this electronic mail transmission is privileged and confidential. It is intended for the sole use and viewing of the intended recipient(s). If you are not an intended recipient, you are hereby notified that any dissemination, distribution or other use of this prohibition may result in civil or criminal liability. If you have received this mail in error, please notify the sender by way of reply or telephone, toll-free, 1-833-467-6468 and request to speak with the HIPAA Compliance Officer (option 4). Thank you for your consideration.

EFiled: Oct 18 2024 04:15PM EDT
Transaction ID 74796675
Case No. K24C-10-014 RLG

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

**COUNTY:**  ☐ New Castle    ☒ Kent    ☐ Sussex

Donicha McCann-Cross,
_____
Plaintiff/Petition/Appellant,

v.

CORAS Wellness and Behavioral
Health
_____
Defendant/Respondent/Appellee.

C.A. No. K24C-10-014 RLG

## AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED *IN FORMA PAUPERIS*

I, Donicha McCann, being first duly sworn, depose and say that I am the plaintiff in the above-captioned case; in support of my motion to proceed without paying Court fees and costs, or give security therefor, state:

My date of birth is: 5/27/86

My current address is:

433 Northdaun dr.
Dover, DE 19904

Because of my financial situation, I am unable to pay the costs of this proceeding or give security therefor. In support of that statement, I supply the following information:

1. Nature of claim or defense is:

~~Hesi~~ Civil lawsuit

*All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed In Forma Pauperis.*

2. Presently employed?

Yes _____     No ✗

3. If "Yes", state:

(a) Name and address of employer:

N/A

(b) How often paid:

N/A

(c) Take home pay per pay period:

N/A

4. If "No", state:

(a) Name and address of last employer: CORas wellness and   590

~~N/A~~ behavioral Health   Namaansrd

Claymont, DE

(b) Date of last employment:

~~N~~ not Sure ~~2/20~~ <ins>around</ins> 2/1/23

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

Yes _____     No ✗

6. If "Yes", state:

(a) Amount of income or gift, or its value:

N/A

(b) When received: N/A

*All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed In Forma Pauperis.*

(c) From whom or what received: N)A

(d) Whether regular or one time: N)A

7. List all property owned, whether held in your name alone or jointly with anyone else:

(a) Real estate:

(b) Personal property (stocks, bonds, bank accounts, vehicles):

(c) Name and address of and relationship to any joint owner, designating

which property is jointly owned and name of joint owner:

8. If you have a spouse, state:

(a) Amount of any income received:

N/A

(b) Source

(c) Frequency income is received:

9. If a prisoner, attach Department of Correction certified statement of your inmate

account. The summary of your inmate account shall contain all account

activity for the 6-month period immediately preceding the filing of the

complaint, or for the entire time you have been incarcerated, whichever time is

less.

*All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed In Forma Pauperis.*

10.  If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State?

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case.

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.


11.  If you are a prisoner <u>and</u> your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure.  If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies.


If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.


12.  If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)


(b)  Bank accounts, listing bank, account number(s) and current balance(s).


*All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed In Forma Pauperis.*

13.  Itemize debts and regular monthly expenses:

14.  List names and address of any dependents:

I, Donicha McCann-Cross, swear or affirm that the above-information is true and correct and is made under penalty of perjury.

_____
**Signature**

DATED: 10•18•24

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this ___18th___ day of October , 2024

_____
Title

Revised 03/2016

*All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed In Forma Pauperis.*

Page | 5

EFiled:  Oct 24 2024 11:45AM EDT
Transaction ID 74856581
Case No. K24C-10-014 JJC

**S T A T E   O F   D E L A W A R E**
**S U P E R I O R   C O U R T**
Kent County Courthouse
38 The Green
Dover, DE 19901

**Annette D. Ashley**
Prothonotary, Kent County

Main: 302-739-3184
Fax: 302-739-6717
TTY: 302-739-1587
courts.delaware.gov/superior

October 24, 2024

TO:    Donicha McCann-Cross
       433 Northdown Drive
       Dover, DE 19904

Re:    MCCANN-CROSS v. CORAS WELLNESS AND BEHAVIORAL HEALTH
       Civil Action Number: K24C-10-014 JJC

Dear Ms. McCann-Cross:

As of this date the above captioned case has been reassigned to **Judge Jeffrey J Clark**.  Please remember that on all future documents and filings on this case, counsel must reference the assigned judge by including the judge's initials **(JJC)** as a suffix to the civil action number.

If you have any questions regarding the above information, please call Judge Clark's Judicial Case Manager, Erin Prosser at 302-735-1919.

Sincerely,

/s/ *Yvonne A. Lomax*

Yvonne A. Lomax
Judicial Case Manager to the
Honorable Judge Reneta L. Green-Streett



EFiled: Oct 28 2024 03:41PM EDT
Transaction ID 74886173
Case No. K24C-10-014 JJC

**S T A T E   O F   D E L A W A R E**
**S U P E R I O R   C O U R T**
Kent County Courthouse
38 The Green
Dover, DE 19901

MAIN: 302-739-3184
FAX: 302-739-6717
TTY: 302-739-1587
courts.delaware.gov/superior

**Annette D. Ashley**
Prothonotary, Kent County

To:     Donicha McCann-Cross
        433 Northdown Drive
        Dover, DE 19904

Date:   October 28, 2024
**RE:    MCCANN-CROSS v. CORAS WELLNESS AND BEHAVIORAL HEALTH**
        **Civil Action Number: K24C-10-014 JJC**

Dear Ms. McCann-Cross:

Chambers has reviewed your Affidavit in Support of Application to Proceed In Forma Pauperis. Before the Court issues a decision regarding the application, there are some questions on the application where no answer was supplied. The application must be completely filled out in order for the Court to issue a decision. Please return to the Kent County Prothonotary Office to complete the application, afterwards the application will be sent to Chambers for review.

                    Sincerely,

                    /s/ Yvonne A. Lemax (Courts)

                    On behalf of
                    Erin Prosser
                    Judicial Case Manager to the
                    Honorable Resident Judge Jeffrey J Clark

3PCOD

EFiled: Nov 04 2024 12:21PM EST
Transaction ID 74938829
Case No. K24C-10-014 JJC

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

**COUNTY:**    ☐ New Castle    ☒ Kent    ☐ Sussex

Donicha McCann-Cross,
_____
Plaintiff/Petition/Appellant,

v.

CORAS Wellness and Behavioral
Health
_____
Defendant/Respondent/Appellee.

C.A. No. K24C-10-014 JJC

## AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED *IN FORMA PAUPERIS*

I, Donicha McCann_____, being first duly sworn, depose and say that I am the

Plaintiff_____ in the above-captioned case; in support of my motion to proceed without

paying Court fees and costs, or give security therefor, state:

My date of birth is: 5/27/86

My current address is:

433 Northdown dr.
Dover, DE 19904
_____

Because of my financial situation, I am unable to pay the costs of this proceeding or give

security therefor. In support of that statement, I supply the following information:

1. Nature of claim or defense is:

~~Host~~ Civil lawsuit

*All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed In Forma Pauperis.*

2.  Presently employed?

Yes _____     No _X_

3.  If "Yes", state:

(a) Name and address of employer:

N/A

(b) How often paid:

N/A

(c) Take home pay per pay period:

N/A

4.  If "No", state:

(a) Name and address of last employer: CORas wellness and 590
~~N/A~~ behavioral Health  Namaans Rd
Claymont, DE

(b) Date of last employment:

~~X~~ not sure around ~~2/202~~ 2/1/23

5.  State whether you have received any income (dividends, rent, savings interest,

etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve

months.

Yes _____     No _X_

6.  If "Yes", state:

(a) Amount of income or gift, or its value:

N/A

(b) When received: N/A

All requests for information must be supplied, if possible. Failure to supply information may result in denial of you
motion to proceed In Forma Pauperis.

(c) From whom or what received: N/A

(d) Whether regular or one time: N/A

7. List all property owned, whether held in your name alone or jointly with anyone else:

(a) Real estate:

(b) Personal property (stocks, bonds, bank accounts, vehicles):

(c) Name and address of and relationship to any joint owner, designating

which property is jointly owned and name of joint owner:

8. If you have a spouse, state:

(a) Amount of any income received:

N/A

(b) Source

(c) Frequency income is received:

9. If a prisoner, attach Department of Correction certified statement of your inmate

account. The summary of your inmate account shall contain all account

activity for the 6-month period immediately preceding the filing of the

complaint, or for the entire time you have been incarcerated, whichever time is

less.

*All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed In Forma Pauperis.*

10.  If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State? N/A

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case. N/A

(c) If the answer to (a) above was yes, state the outcome of each action or appeal. N/A

11.  If you are a prisoner <u>and</u> your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure.  If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies. N/A

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.

12.  If not listed above, state:

(a) Amount of any cash held (whether or not in a bank) N/A



(b) Bank accounts, listing bank, account number(s) and current balance(s). N/A

*All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed In Forma Pauperis.*

13. Itemize debts and regular monthly expenses:

N/A

14. List names and address of any dependents:

Tyshawn House JR.        433 Northdown DR
                         Dover, DE 19904

I, Donicha McCann-Cross, swear or affirm that the above-information is true and correct and is made under penalty of perjury.

_____
**Signature**

DATED: 10•18•24

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this 18th day of October, 2024

_____
Title

*All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed In Forma Pauperis.*

EFiled:  Nov 08 2024 02:21PM EST
Transaction ID 74975340
Case No. K24C-10-014 JJC

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

DONICHA MCCANN-CROSS        :
                                   :
                                   :     C.A. No.  K24C-10-014 JJC
     v.                          :
                                   :
                                   :
CORAS WELLNESS and          :
BEHAVIORAL HEALTH           :

### ORDER ON APPLICATION TO PROCEED
### *IN FORMA PAUPERIS*

     The Court having considered the application to proceed *in forma pauperis* and the affidavit filed in connection therewith,

     **IT IS ORDERED** that:

    __X__   The application is **GRANTED**.  The applicant shall:

      __X__  Pay no fees, court costs, or service fees.

     The Complaint shall be accepted.

Dated November 8, 2024

                                /s/Jeffrey J Clark
                                  Resident Judge

Via File & Serve Xpress, U.S. Mail, and Email
oc:    Prothonotary
xc:    Donicha McCann-Cross

Click to Print

Printed on: 1/7/2025 14:55:54 GMT-0500 (Eastern Standard Time)

**Case History Search**

Search Created:
1/7/2025 14:55:54 GMT-0500 (Eastern
Standard Time)

---

| | | | | |
|---|---|---|---|---|
| **Court:** | DE Superior Court-Kent County | **Judge:** Clark, Jeff | **File & ServeXpress Live Date:** | 10/18/2024 |
| **Division:** | N/A | **Case Number:** K24C-10-014 JJC | **Document(s) Filed:** | 13 |
| **Case Type:** | CMIS - Civil Miscellaneous | **Case Name:** Donicha McCann-Cross v. CORAS Wellness and Behavioral Health | **Date Range:** | All |

⬇ Export    1-7 of 7 transactions    <<Prev  Page 1 of 1   Next>>

| Transaction | ▼Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|---|
| 75050760 | 11/20/2024 12:50 PM EST | File Only | K24C-10-014 JJC Donicha McCann-Cross v. CORAS Wellness and Behavioral Health | Sheriff New Castle County, New Castle County DE Sheriffs Office | 13 | Sheriffs Return | Corporation Business Without A Registered Agent Served 11-19-2024 10:21 CORAS WELLNESS AND BEHAVIORAL HEALTH | Accepted | 0.1MB |
| 74975849 | 11/8/2024 2:51 PM EST | File Only | K24C-10-014 JJC Donicha McCann-Cross v. CORAS Wellness and Behavioral Health | Andrea Maybee Freud, DE Superior Court-Kent County | 12 | Writ(s) Issued | WRIT SIGNED AND COURT SEAL APPLIED. SENT TO NEW CASTLE COUNTY SHERIFF ON 11-8-24 FOR SERVICE ON DEFENDANT. | Accepted | 0MB |
| 74975340 | 11/8/2024 2:21 PM EST | File Only | K24C-10-014 JJC Donicha McCann-Cross v. CORAS Wellness and Behavioral Health | Jeff Clark, DE Superior Court-Kent County | 11 | In Forma Pauperis Order | Granted Order On Application to Proceed In Forma Pauperis signed by Resident Judge Jeffrey J Clark on 11-8-2024. Mailed this Order to plaintiff on 11-8-24 by 1st class mail to address 433 Northdown Dr Dover and emailed Order to ncrosscod@gmail.com. | Accepted | 0.4MB |
| 74938829 | 11/4/2024 12:21 PM EST | File Only | K24C-10-014 JJC Donicha McCann-Cross v. CORAS Wellness and Behavioral Health | Annette Ashley, DE Superior Court-Kent County | 10 | Motion to Proceed in Forma Pauperis | Amended Motion to to Proceed In Forma Pauperis filed by Donicha McCann-Cross. | Accepted | 2.0MB |
| 74886173 | 10/28/2024 3:41 PM EDT | File Only | K24C-10-014 JJC Donicha | Annette Ashley, DE Superior | 9 | Letter | Letter to Ms. McCann-Cross RE: incomplete In Forma Pauperis | Accepted | 0.1MB |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | McCann-Cross v. CORAS Wellness and Behavioral Health | Court-Kent County | | | | | application. |
| 74856581 | 10/24/2024 11:45 AM EDT | File Only | K24C-10-014 JJC Donicha McCann-Cross v. CORAS Wellness and Behavioral Health | Annette Ashley, DE Superior Court-Kent County | 8 | Letter | Letter to Pro Se Plaintiff Donicha McCann-Cross regarding reassignment of case to Judge Clark. | Accepted | 0.1MB |
| 74796675 | 10/18/2024 4:15 PM EDT | File Only | K24C-10-014 JJC Donicha McCann-Cross v. CORAS Wellness and Behavioral Health | Annette Ashley, DE Superior Court-Kent County | 1 | Complaint | Complaint | Accepted | 4.1MB |
| | | | | | 2 | Case Information Statement | CIS | Accepted | 0.7MB |
| | | | | | 3 | Praecipe | Praecipe | Accepted | 0.4MB |
| | | | | | 4 | Summons | Summons | Accepted | 0.5MB |
| | | | | | 5 | Exhibits | Charge of Discrimination | Accepted | 2.7MB |
| | | | | | 6 | Exhibits | Exhibits 1 to 6 | Accepted | 0.8MB |
| | | | | | 7 | Motion to Proceed in Forma Pauperis | Motion to Proceed in Forma Pauperis | Accepted | 2.0MB |



**Sheriff's Office**

800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460



EFiled:  Nov 20 2024 12:50PM EST
Transaction ID 75050760
Case No. K24C-10-014 JJC

State of Delaware
New Castle Coun
**Scott T. Phillips**
Sheriff

11/20/2024

**Court Case # K24C-10-014 JJC**
Sheriff # 24-007316

### DONICHA MCCANN-CROSS
#### vs
### CORAS WELLNESS AND BEHAVIORAL HEALTH

Joseph Meriggi, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served CORAS WELLNESS AND BEHAVIORAL HEALTH by leaving upon MICHELLE JOHNSON ADMINISTRATIONS  at 590 NAAMANS ROAD CLAYMONT, DE 19703  on 11/19/2024 at 10:21 AM a copy of Summons and Complaint

SERVED AND ACCEPTED BY MICHELLE JOHNSON, ADMINISTRATIONS

Fees Paid:  $0.00

Per Deputy Sheriff, Joseph Meriggi

SO ANS;

SHERIFF

Per   Janice Frisby-Dowe

In The Superior Court of the State of Delaware

In and For Kent County

EFiled: Jan 09 2025 03:04PM EST
Transaction ID 75404185
Case No. K24C-10-014 JJC

Donicha McCann-Cross

C.A. No. K24C-10-014

V.

Coras Wellness and Behavioral Health

RECEIVED AND FILED
2025 JAN -9 P 1:45
KENT COUNTY
PROTHONOTARY

## Motion

Comes Now, Donicha McCann-Cross, and files the following motion:

| | |
|---|---|
| _____ | Motion for contempt |
| _____ | Motion to Quash |
| _____ | Motion to set aside judgment |
| _____ | Motion for continuance |
| _____ | Motion to Compel |
| ✓ | Motion for Entry of Judgment by default. |

The grounds for the motion are as follows:

1) The complaint herein was filed on the 18th of October.

2) The court files show and record defendants were served by New Castle County Sheriff with a copy of summons and copy of the complaint.

3) More than 20 days have elapsed since the date on which the defendants herein were served with summons and a copy of plaintiff's complaint.

4) The defendants have failed to answer or otherwise defend as to plaintiff's complaint, or serve a copy of any answer or any defense which it might have had upon affiant herein.

5) Plaintiff is requesting motion for entry of judgment by default.

Doni McCann, Pro Se
Donicha McCann, Pro Se

January        2025

EFiled: Jan 09 2025 03:04PM EST
Transaction ID 75404185
Case No. K24C-10-014 JJC

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR KENT COUNTY

Donicha McCann -Cross
(Plaintiff)

C. A. No. K24C-10-014

v.

Coras Wellness and
(Defendant)
Behavioral Health

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached Motion shall be heard at the Superior

Court, Courthouse, Dover, Delaware on __Friday February 14, 2025__
(day of week)                    (month and day)

20 25 at 11:00 (a.m)/p.m.

Dated: 1/9/25

x _____
(Your Signature)

433 Northdown drive
(Your Address)

Dover, DE 19904

Phone No: (516) 615-1352

**EFiled: Jan 09 2025 03:04PM EST
Transaction ID 75404185
Case No. K24C-10-014 JJC**

SUPERIOR COURT

DONICHA MCCANN-CROSS,

Plaintiff,

v.

CORAS WELLNESS & BEHAVIOR,

Defendant,

Case no.  K24C-10-014

DECLARATION FOR ENTRY OF DEFAULT

Donicha McCann-Cross hereby declares:

I am the plaintiff herein. The complaint herein was filed on the 18th day of October 2024.
The court files and record herein show that the Defendants were served by the New Castle County Sheriff with a copy of summons, and a copy of the complaint. More than 21 days have elapsed since the date on which the Defendants herein were served with summons and a copy of Plaintiffs' complaint, excluding the date thereof.
The Defendants have failed to answer or otherwise defend as to Plaintiffs' complaint, or serve a copy of any answer or any defense which it might have had, upon affiant herein.
The defendants are not in the military service, they are not incompetent nor infants.
I declare under penalty of perjury that the foregoing is true and correct.

December 26 ,2024
Donicha McCann-Cross Pro Se
433 Northdown dr
Dover, DE 19904

RECEIVED AND
FILED

2024 DEC 26 P 3:49

KENT COUNTY
PROTHONOTARY

EFiled: Jan 09 2025 03:04PM EST
Transaction ID 75404185
Case No. K24C-10-014 JJC

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

Donicha McCann-Cross )
_____ )  C.A No. K24C-70-074
                (Plaintiff) )
                           )
        vs                 )
                           )
                           )
Coras Wellness and Behavioral )
Health        (Defendant)  )
                           )
                           )

## ORDER

A hearing <u>was / was not</u> held to address _____

_____

IT IS ORDERED:

_____
_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
        Date                          Judge / Commissioner

EFiled: Jan 09 2025 03:04PM EST
Transaction ID 75404185
Case No. K24C-10-014 JJC

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

AFFIDAVIT OF MAILING

Donicha McCann—
Cross )
)
)                    Civil Action No.
)
)                    K24C-10-014
vs. Coras Wellness and )
)
Behavioral health )
)
)

I Donicha McCann-Cross, do hereby certify that I mailed a copy of the document within to the following addresses:

Coras Wellness and          and     Superior Court
Behavioral Health                   Office of the Prothonotary
590 Naamans Rd                      38 The Green
Claymont, DE 19703                  Dover, DE 19901

Postage prepaid, by regular mail, this ___9___ day of ___January___, 20_25_.

_____
                    Affiant

SWORN TO AND SUBSCRIBED before _____ day of ___January___,
20_25_.

_____
Notary Public

ERIN ARABIA PROSSER
MY COMMISSION
EXPIRES
UPON GOVERNMENTAL
OFFICE
NOTARY PUBLIC
STATE OF DELAWARE

EFiled:  Jan 15 2025 05:16PM EST
Transaction ID 75447489
Case No. K24C-10-014 JJC

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

**IN AND FOR KENT COUNTY**

| | | |
|---|---|---|
| DONICHA MCCANN-CROSS, | : | |
| Plaintiff, | : | CIVIL ACTION NO. K24C-10-014 |
| | : | JJC |
| v. | : | |
| | : | |
| CORAS WELLNESS AND | : | |
| BEHAVIORAL HEALTH, | : | [ELECTRONICALLY FILED] |
| Defendant. | : | |

**DEFENDANT'S MOTION
TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT**

Defendant, CORAS Wellness and Behavioral Health ("CORAS" or "Defendant"), respectfully moves the Court for an Order dismissing the Complaint filed by Plaintiff, Donicha McCann-Cross ("Plaintiff" or "McCann"), pursuant to Del. Super. Ct. Civ. R. 12(b)(6) for failure to state a claim upon which relief may be granted; or, in the alternative, for a more definite statement pursuant to Del. Super. Ct. Civ. R. 12(e).

1.      On or about October 18, 2024, McCann filed a Complaint alleging that CORAS has committed vague infractions such as "singling out" and "an unprofessional hostile work environment," but did not identify any statute that CORAS allegedly violated.

2.     McCann failed to identify any legal theory under which she may
recover – she did not name any cause of action.

3.     To survive a 12(b)(6) motion to dismiss, the complaint must provide
general notice of the claim. *Doe v. Cahill*, 884 A.2d 451, 458 (Del. 2005).

4.     Delaware Courts protect prospective defendants from becoming
"victims of frivolous or malicious claims" such as those that do not identify any
legal theory under which the plaintiff may recover from a defendant.  *Brown v.
Delaware State Hous. Auth.*, No. K24C-12-025 NEP, 2024 WL 5245550, at *1
(Del. Super. Ct. Dec. 30, 2024).[1]

5.     While a *pro se* complaint is judged less stringently, there is not a
different set of rules for *pro se* plaintiffs.  *Joel Harden v. John Buchanan et. al.*,
No. N23C-12-037 SPL, 2025 WL 66757 (Del. Super. Ct. Jan. 10, 2025).

6.     "Even a *pro se* plaintiff 'must, at a minimum, provide the Court with
enough information to conduct a meaningful consideration of the merits.'" *Brown*,
No. K24C-12-025 NEP, 2024 WL 5245550, at *1 (quoting *Harrison v. Hodgson
Vocational Tech. High Sch.*, 2007 WL 3112479, at *2 (Del. Super. Oct. 3, 2007)).

7.     Making vague references to a statute, such as the DDEA or Title VII,
but failing to indicate what provision, if any, a defendant allegedly violated is not

---

[1] Plaintiff has previously had frivolously filed litigation dismissed.  *See Est. of McCann-Cross v.
Bayhealth Kent Gen. Hosp.*, No. K24C-12-008 NEP, 2024 WL 5233165, at *1 (Del. Super. Ct.
Dec. 26, 2024).

sufficient to state a claim.  *See Jeanbaptiste v. Clarios, LLC*, No. CV K20C-01-021
NEP, 2020 WL 2375047, at *2 (Del. Super. Ct. May 11, 2020).

8.    McCann failed to identify whether she was making a claim under
Title VII or the DDEA, let alone identify what provision of either statute was
allegedly violated or justify her ability to assert the protection of such statutes by
alleging each element of her intended claim(s).  She did not state a claim upon
which relief may be granted.

9.    Accordingly, the Complaint must be dismissed. *Jeanbaptiste v.
Clarios, LLC*, No. CV K20C-01-021 NEP, 2020 WL 2375047, at *2 (Del. Super.
Ct. May 11, 2020) (dismissing the plaintiff's complaint because it failed to allege
the elements necessary to state a cause of action under the DDEA and thus failed to
put the defendant on notice of what provision or provisions of the DDEA it
allegedly violated).

10.    In the alternative, in the absence of pleadings stating what statute
CORAS allegedly violated and how such statute was allegedly violated, CORAS is
unable to frame a responsive pleading.  *See e.g. Blaskovitz by & through Blaskovitz
v. Dover Fed. Credit Union*, No. CV K16C-10-017 WLW, 2017 WL 2615748, at
*5 (Del. Super. Ct. June 15, 2017) (stating that in a breach of contract and
negligence matter, the plaintiff would have been obligated upon a Rule 12(e)
motion to identify what agreement was breached and what checks were fraudulent

for the defendant to frame a responsive pleading); *U.S. Bank Nat'l Ass'n v. Davis*,

No. CV N13L-01-020 CHT, 2013 WL 4567523 (Del. Super. Ct. July 31, 2013)

(granting a motion for a more definitive statement where the pleading consisted of

"generalized statements of alleged harm and purported wrongful conduct" and

failed to meet the requirements of Superior Court Civil Rule 8).

11.    Accordingly, if the Court opts not to dismiss McCann's Complaint,

McCann should file a statement asserting what provision(s), if any, of Title VII or

the DDEA she believes CORAS violated, pursuant to Del. Super. Ct. Civ. R. 12(e).

12.    McCann should also identify how each element of her claim(s) was

allegedly violated by CORAS pursuant to Del. Super. Ct. Civ. R. 12(e).

WHEREFORE CORAS respectfully requests the Court dismiss the

Complaint pursuant to Del. Super. Ct. Civ. R. 12(b)(6) for failure to state claims

upon which relief may be granted; or, in the alternative, to order Plaintiff to file a

more definitive statement pursuant to Del. Super. Ct. Civ. R. 12(e).

Respectfully submitted,

**STEVENS & LEE**

Dated: January 15, 2025        By:    */s/Stacey A. Scrivani*
Stacey A. Scrivani (6129)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Ph: (302) 425-3306
Fax: (610) 988-0812
stacey.scrivani@stevenslee.com
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, a true and

correct copy of the foregoing Defendant's Motion to Dismiss the Complaint, or, in

the Alternative, for a More Definitive Statement, was served upon Plaintiff by

Federal Express:

> Donicha McCann-Cross
> 433 Northdown Dr.
> Dover, DE 19904
> Tel: (516) 615-1352
> Email: ncrosscod@gmail.com
> *Pro-Se Plaintiff*

Dated: January 15, 2025          /s/*Stacey A. Scrivani*
                                 Stacey A. Scrivani (6129)

                                 *Attorneys for Defendants*

**EFiled: Jan 15 2025 05:16PM EST**
**Transaction ID 75447489**
**Case No. K24C-10-014 JJC**

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR KENT COUNTY

|  |  |  |
|---|---|---|
| DONICHA MCCANN-CROSS, | : | |
| Plaintiff, | : | CIVIL ACTION NO. K24C-10-014 |
| | : | JJC |
| v. | : | |
| | : | |
| CORAS WELLNESS AND | : | |
| BEHAVIORAL HEALTH, | : | [ELECTRONICALLY FILED] |
| Defendant. | : | |

## NOTICE ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Please take Notice that Oral Argument will be held on Defendant's Motion to Dismiss the Complaint, or, in the Alternative, for a More Definitive Statement, at the Court's convenience at a time to be determined after confirming scheduling with the Court.

Respectfully submitted,

**STEVENS & LEE**

Dated: January 15, 2025     By:    */s/ Stacey A. Scrivani*
                                      Stacey A. Scrivani (6129)
                                      919 N. Market Street, Suite 1300
                                      Wilmington, DE 19801
                                      Ph: (302) 425-3306
                                      Fax: (610) 988-0812
                                      stacey.scrivani@stevenslee.com

                                      *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, a true and

correct copy of the foregoing Notice of Defendant's Motion to Dismiss the

Complaint, or, in the Alternative, for a More Definitive Statement was served upon

Plaintiff by Federal Express:

> Donicha McCann-Cross
> 433 Northdown Dr.
> Dover, DE 19904
> Tel:  (516) 615-1352
> Email:  ncrosscod@gmail.com
> *Pro-Se Plaintiff*

Dated:  January 15, 2025              s/*Stacey A. Scrivani*
                                       Stacey A. Scrivani (6129)

                                       *Attorneys for Defendants*

EFiled:  Jan 15 2025 05:16PM EST
Transaction ID 75447489
Case No. K24C-10-014 JJC

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

# IN AND FOR KENT COUNTY

|  |  |  |
|---|---|---|
| DONICHA MCCANN-CROSS, | : | |
| Plaintiff, | : | CIVIL ACTION NO. K24C-10-014 |
| | : | JJC |
| v. | : | |
| | : | |
| CORAS WELLNESS AND | : | |
| BEHAVIORAL HEALTH, | : | [ELECTRONICALLY FILED] |
| Defendant. | : | |

## [PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE <u>STATEMENT</u>

Upon review of Defendant's Motion to Dismiss the Complaint, or, in the

Alternative, for a More Definitive Statement, and any opposition to the Motion, IT

IS HEREBY ORDERED as follows:

1.  The Motion is GRANTED, and the Complaint is dismissed.

SO ORDERED this _____ day of _____, 202__.

_____
The Honorable Jeffrey J. Clark,
Delaware Superior Court Judge

EFiled:  Jan 15 2025 05:16PM EST
Transaction ID 75447489
Case No. K24C-10-014 JJC

**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

COUNTY:    N    **K**    S        CIVIL ACTION NUMBER: _K24C-10-014 JJC_____

| | |
|---|---|
| Caption: *Donicha McCann-Cross v. CORAS Wellness and Behavioral Health* | Civil Case Code:  _CMIS_____ |
| | Civil Case Type:  _Civil Miscellaneous_____ |
| | (SEE REVERSE SIDE FOR CODE AND TYPE) |
| | MANDATORY NON-BINDING ARBITRATION (MNA) _____ |
| | Name and Status of Party filing document: CORAS Wellness and Behavioral Health (Defendant) |
| | Document Type:(E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM): Motion to Dismiss the Complaint, or, in the Alternative, for a More Definitive Statement |
| | JURY DEMAND:   YES _x_____ NO _____ |
| ATTORNEY NAME(S): _Stacey A. Scrivani_ | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS: |
| ATTORNEY ID(S): No. 6129 | |
| FIRM NAME: Stevens & Lee, P.C. | EXPLAIN THE RELATIONSHIP(S): |
| ADDRESS: 919 N. Market Street, Suite 1300 Wilmington, DE 19801 | |
| TELEPHONE NUMBER: (302) 425-3306 | |
| FAX NUMBER: (610) 988-0812 | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| E-MAIL ADDRESS: stacey.scrivani@stevenslee.com | |
| | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

**Revised 10/2024**

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS) INSTRUCTIONS

### CIVIL CASE TYPE

Please select the appropriate civil case code and case type (e.g., **CODE - AADM** and **TYPE - Administrative Agency**) from the list below. Enter this information in the designated spaces on the Case Information Statement.

| | |
|---|---|
| **APPEALS** | **MISCELLANEOUS** |
| AADM - Administrative Agency | MAGM - AG Motion - Civil/Criminal Investigations * |
| ACER - Certiorari | MADB - Appeal from Disability Board * |
| ACCP - Court of Common Pleas | MAFF - Application for Forfeiture |
| AIAB - Industrial Accident Board | MAAT - Appointment of Attorney |
| APSC - Public Service Commission | MGAR - Appointment of Guardianship |
| AUIB - Unemployment Insurance Appeal Board | MCED - Cease and Desist Order |
| | MCON - Civil Contempt/Capias |
| **COMPLAINTS** | MCVP - Civil Penalty |
| CABT – Abatement | MSOJ - Compel Satisfaction of Judgment |
| CASB – Asbestos | MSAM - Compel Satisfaction of Mortgage |
| CAAA - Auto Arb Appeal | MCTO - Consent Order |
| CMIS - Civil Miscellaneous | MIND - Destruction of Indicia of Arrest * |
| CACT - Class Action | MESP - Excess Sheriff Proceeds |
| CCON – Condemnation | MHAC - Habeas Corpus |
| CCLD – Complex Commercial Litigation Division **(NCC ONLY)** | MTOX - Hazardous Substance Cleanup |
| CDBT - Debt/Breach of Contract | MFOR - Intercept of Forfeited Money |
| CDEJ - Declaratory Judgment | MISS - Issuance of Subpoena |
| CDEF - Defamation | MLEX - Lien Extension |
| CEJM - Ejectment | MMAN - Mandamus |
| CATT - Foreign & Domestic Attachment | MWIT - Material Witness * |
| CFJG - Foreign Judgment | MWOT - Material Witness - Out of State |
| CFRD - Fraud Enforcement | MRAT - Motion for Risk Assessment |
| CINT - Interpleader | MROP - Petition for Return of Property |
| CLEM - Lemon Law | MCRO - Petition Requesting Order |
| CLIB - Libel | MROD - Road Resolution |
| CMAL - Malpractice | MSEL - Sell Real Estate for Property Tax |
| CMED - Medical Malpractice | MSEM - Set Aside Satisfaction of Mortgage |
| CPIN - Personal Injury | MSSS - Set Aside Sheriff's Sale |
| CPIA - Personal Injury Auto | MSET - Structured Settlement |
| CPRL - Products Liability | MTAX - Tax Ditches |
| CPRD - Property Damage | MREF - Tax Intercept |
| CRPV - Replevin | MLAG - Tax Lagoons |
| CSPD - Summary Proceedings Dispute | MVAC - Vacate Public Road |
| CCCP - Transfer from CCP | MPOS - Writ of Possession |
| CCHA - Transfer from Chancery | MPRO - Writ of Prohibition |
| | |
| **MASS TORT** | **MORTGAGES** |
| CABI - Abilify Cases | MCOM - Mortgage Commercial |
| CBEN - Benzene Cases | MMED - Mortgage Mediation |
| CFAR - Farxiga Cases | MORT - Mortgage Non-Mediation (Res.) |
| CFIB - FiberCel Cases | |
| CHON - Honeywell Cases | |
| CMON - Monsanto Cases | **MECHANICS LIENS** |
| CPEL - Pelvic Mesh Cases | LIEN - Mechanics Lien |
| CPLX - Plavix Cases | |
| CPPI - PPI Cases | |
| CPQT - Paraquat Cases | |
| CTAL - Talc Cases | |
| CTAX - Taxotere Cases | |
| CXAR - Xarelto Cases | |
| CZAN – Zantac Cases | |
| | |
| **INVOLUNTARY COMMITMENTS** | |
| INVC- Involuntary Commitment | |

## * Not eFiled

### DUTY OF THE PLAINTIFF

Each plaintiff/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the complaint.

## **<u>DUTY OF THE DEFENDANT</u>**

Each defendant/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the answer and/or first responsive pleading.



**EFiled:  Jan 16 2025 08:52AM EST**
**Transaction ID 75450109**
**Case No. K24C-10-014 JJC**

**STATE OF DELAWARE**
**SUPERIOR COURT**
KENT COUNTY COURTHOUSE
38 THE GREEN
DOVER, DELAWARE 19901

ANNETTE D. ASHLEY
PROTHONOTARY

TELEPHONE: 735-1901

January 16, 2025

**Plaintiff:** Pro Se Donicha McCann-Cross
Emailed to: ncrosscod@gmail.com
**Mailed to:** 433 Northdown Dr Dover, DE 19904

**Defendant's Counsel:** Stacey A. Scrivani, Esq.

**Case Name:**   McCann-Cross v. Coras Wellness & Behavioral Health

**Case No:** K24C-10-014 JJC

Dear Ms. McCann-Cross and Counsel:

This letter is to inform you of the deadlines the Court has set regarding the defendant's **Motion to Dismiss** filed on **January 16, 2025** by **defendant CORAS** through their attorney **Stacey A. Scrivani, Esq.**

**Plaintiff** has 10 days or until <mark>**January 30, 2025,**</mark> to respond to the motion. Please send one courtesy copy to the Court. When the Motion and Response(s) are received, Resident Judge Clark will review them.

The Court will then reach out to all parties with dates to schedule oral arguments.

Thank you for your attention to this matter.  If you have any questions, please feel free to contact me at (302) 735-1919 or email me at erin.prosser@delaware.gov


/s/ Erin Prosser
Erin Prosser
Judicial Case Manager

# Stevens & Lee

919 North Market Street, Suite 1300
Wilmington, DE 19801
(302) 654-5180
www.stevenslee.com

EFiled: Jan 16 2025 09:25AM EST
Transaction ID 75450264
Case No. K24C-10-014 JJC

Direct Dial: (610) 478-2086
Email: stacey.scrivani@stevenslee.com
Direct Fax: (610) 988-0812

January 16, 2025

## VIA FILE&SERVEXPRESS & FEDERAL EXPRESS

The Honorable Jeffrey J. Clark
Delaware Superior Court Judge
Kent County Courthouse
414 Federal Street
Dover, DE 19901

Re:  *Donicha McCann-Cross v. CORAS Wellness and Behavioral Health*, C.A. No.
     K24C-10-014 JJC

Dear Judge Clark:

Enclosed please find one (1) courtesy copy of Defendant's Motion to Dismiss

or, In the Alternative, for a More Definitive Statement, the Notice, Proposed Order,

and Civil Case Information Statement form which were filed with the Court

through File & ServeXpress today.

Respectfully submitted,

STEVENS & LEE

/s/ *Stacey A. Scrivani*
Stacey A. Scrivani

SASC:sph
Enclosures

cc:  Donicha McCann-Cross (via Federal Express)

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION

SL1 2597405v1 007562.00245

EFiled: Jan 16 2025 11:14AM EST
Transaction ID 75451919
Case No. K24C-10-014 JJC

## CERTIFICATE OF SERVICE

I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, a true and

correct copy of the foregoing Defendant's Motion to Dismiss the Complaint, or, in

the Alternative, for a More Definitive Statement, was served upon Plaintiff by

Federal Express:

> Donicha McCann-Cross
> 433 Northdown Dr.
> Dover, DE 19904
> Tel: (516) 615-1352
> Email: ncrosscod@gmail.com
> *Pro-Se Plaintiff*

Dated: January 16, 2025              /s/*Stacey A. Scrivani*_____
                                     Stacey A. Scrivani (6129)

                                     *Attorneys for Defendant*

EFiled:  Jan 16 2025 11:14AM EST
Transaction ID 75451919
Case No. K24C-10-014 JJC

## <u>CERTIFICATE OF SERVICE</u>

I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, a true and

correct copy of the foregoing Notice of Defendant's Motion to Dismiss the

Complaint, or, in the Alternative, for a More Definitive Statement was served upon

Plaintiff by Federal Express:

> Donicha McCann-Cross
> 433 Northdown Dr.
> Dover, DE 19904
> Tel:  (516) 615-1352
> Email:  ncrosscod@gmail.com
> *Pro-Se Plaintiff*

Dated:  January 16, 2025          <u>s/*Stacey A. Scrivani*          </u>
                                  Stacey A. Scrivani (6129)

                                  *Attorneys for Defendant*

EFiled: Jan 30 2025 01:39PM EST
Transaction ID 75545994
Case No. K24C-10-014 JJC

State of Delaware
Superior Court
Kent County Courthouse
38 The Green
Dover, Delaware 19901

Donicha Mccann-
    Cross,
    Plaintiff

VS.

Coras Wellness and
Behavioral Health
    Defendant

Civil Action No.
K24C-10-014
        JJC

Response to Defendants Motion to Dismiss

I the plaintiff, who is pro se, would like to keep this case open in the Superior Court of Delaware. I will list some statements of facts to show how the hostile environment at CORAS was intentionally done and how degrading it made the plaintiff's work experience while working at CORAS.

Pg 1

## Facts

1. On October 18th, 2024, pro se plaintiff filed a complaint with the Superior Court of Delaware against the defendant. While plaintiff was turning in her complaint, Court Official Yvonne Lomax told plaintiff not to give her right to sue notice in with her written complaint against COHAs. Scrivani states that pro se representatives complaints are judged less strigently yet there are not a different set of rules for pro se plaintiffs. Plaintiff agrees with this statement, which is why she originally turned in the right to sue documentation. Right to sue notice will be exhibit 1.

2. Plaintiff provided the court with enough information to conduct a meaningful consideration of merits. Plaintiff would like to assert that Scrivani's opinion on plaintiff's merits could be disputed by exhibit 2.

pg 2

Exhibit 2 is the charge of discrimination from the Delaware Dept. of Labor.

3. Scrivani states that plaintiff made vague infractions such as singling out and an unprofessional hostile work environment. Scrivani's opinion would be that plaintiff's words are vague, but singling out is a form of harassment. Plaintiff chose to tell apart of that narrative to display the hostile work environment. Ted Sammons was the building director of New Hope/COBAS at one point while plaintiff worked at New Hope. The environment was made hostile for the plaintiff while working under Ted Sammons. Plaintiff expressed her desire to relocate to another facility due to the hostility she faced at work. Plaintiff, Audrey, and Ted Sammons had a meeting regarding plaintiff's concerns. A couple of weeks later the director of residential services sent out an email stating that Ted Sammons was

pg 3

Suspended pending the outcome of an investigation. The plaintiff was not the only person who made grievances about Ted S. Scrivani's opinion is that the plaintiff made vague infractions, but plaintiff chose to tell some of her story instead of telling everything about her story at one time. The email from Ron h. is presented in exhibit 3.

4. Scrivani claims that the pro se plaintiff does not name the statutes that were violated while she worked for COHAS. A hostile work environment is a form of discrimatory harassment. It is a toxic workplace where employees feel uncomfortable, scared or intimidated. It is unlawful to create a hostile work environment. Also sexual harassment in the work place is illegal. Plaintiff names the statutes of sexual harassment and a hostile work environment in her original complaint.

5. Scrivani states that Delaware Courts

pg 4

protects defendants from becoming victims of frivolous and malicious claims. Scrivani's opinion on plaintiff's claims being frivolous and malicious would be presumptuous, because who would be the victim? Would Coras be the victim or would plaintiff be the victim?

6. Scrivani claims that CORAS is unable to frame a responsive pleading to the plaintiff's complaint. I do not think that CORAS cannot respond to plaintiff's complaint, because plaintiff gave the same complaint to the Delaware Dept. of Labor and Coras was able to respond. Coras does not want to respond due to all of the unethical and unlawful behaviors done on their part. I will go into further details to explain. Exhibit 4 is evidence that coras turned into the Delaware Dept. of Labor. Thomas H. ask Courtney C. why was plaintiff's injury on the job reported so late. Courtney C. did not give him accurate information regarding

pg 5

plaintiff's injury. If Coras is able to frame a responsive pleading to the report that plaintiff gave the Delaware Dept. of Labor, why would Coras not be able to frame a responsive pleading to plaintiff's complaint that was given to the Superior Court of Delaware.

7. Exhibit 5 is an invitation for mediation from Kasey Hahn. She is the director of Human Resources compliance and investigations. Pro se plaintiff wrote the report that warranted the invitation of mediation from Kasey Hahn.

8. Plaintiff has other documentations and reports to show the hostility of the environment. On one occasion, plaintiff did not get her whole pay check due to an employee whom worked for payroll, telling plaintiff that she was on salary pay instead of hourly pay. When the plaintiff showed Nikki Hudson that her check was short, Nikki Hudson told plaintiff that she had

pg 6

to wait until next pay period to fix the error and get the money that plaintiff was owed.

9. The charge of discrimination and sexual harassment which lead to a hostile work environment violates plaintiff's civil rights under Title VII of the Civil rights act of 1964. This charge is backed by the right to sue notice.

## Legal Argument

In closing, plaintiff is requesting that the case brought against the defendants be kept open and move forward in the court of law. Yvonne Lomax gave the pro se plaintiff advice when she told the plaintiff she did not need to turn in the right to sue notice. Plaintiff did list the statures that Conts violated, but the right to sue notice is needed in the State of Delaware to sue. Without the notice, Plaintiff can understand why Scrivani would form an opinion of

pg 7

frivolous and malicious intent. The plaintiff was made to work in a toxic environment with unfair treatment. Plaintiff wants to present facts so opinions don't shape the narrative.

Donicha McCann
January 30th, 2025

pg 8

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

FILED 9/20/2024 9PM EST
Transaction ID 75545894
Case No. K24C-18-014

Philadelphia District
800 Market Street, Sui
Philadelphia, PA
(267) 58
Website: www.ee.......

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

**To:** Donicha McCann-Cross
433 Northdawn Drive
Dover, DE 19904

**Re:** Donicha McCann-Cross v. New Hope/Coras Wellness and Behavioral
EEOC Charge Number: 17C-2024-00334

EEOC Representative and email:     State Local and Tribal Program Manager
PHLSTATEANDLOCAL@EEOC.GOV

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: EEOC has accorded substantial weight to the findings of the state or local fair employment practices agency that investigated your charge.

**NOTICE OF YOUR RIGHT TO SUE**

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) received this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: Karen McDonough 9/19/2024
Karen McDonough
Deputy District Director

cc:     For Respondent

Kasey Hahn
Director of Human Resources
APIS
135 North Prospect Street
Reading, PA 19606

②

Exhibit 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | MCC030824 |
| | ☐ EEOC | 17C-2024-00334 |

| Delaware Department of Labor | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Donicha McCann-Cross | (516) 615-1352 | 1986 |

| Street Address | City, State and ZIP Code |
|---|---|
| 433 Northdown Drive Dover, DE 19904 | |

| Charging Party Representative Information | Charging Party Contact Phone Number |
|---|---|
| | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name/Address | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| New Hope/Coras Wellness and Behavioral 1 -11 East Street Harrington, DE 19952 | 15 - 100 Employees | (302) 577-0906 |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| | | |

| Respondent Representative Information |
|---|
| |

| Respondent Contact Email | Respondent Phone Number |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 9-12-2023    Latest: 1-31-2024

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s))

Exhibit 2

**Jurisdiction:** Charging Party worked for Respondent (DE employer; 15 + employees) as a License Practical Nurse until her constructive discharge on January 31, 2024. Charging Party presented this discrimination complaint to DDOL on March 08, 2024.

**Charging Party's protected class:** Race (Multi-Racial)

**Adverse employment action:** Disciplined, Constructive Discharged, Harassment and Hostile Work Environment

**Brief statement of allegations:** Charging Party alleges Respondent Disciplined, Constructively Discharged, Harassed, and subjected her to a Hostile Work Environment on the basis of her elected Race (Multi-Racial).

**Comparator(s) or other specific reason(s) for alleging discrimination:**

**Race (Multi-Racial): Discipline, Discharged** Charging Party avers while she was working at Respondent's a Caucasian client pushed a brown male client and called him a nigger. Charging Party asserts when she asked Chief Nursing Officer Audrey Aldrich what was being done, she was ignored. Charging Party states, when she asked if an incident report should be done, she would be given a different answer. Charging Party claims on one other occasion a male Caucasian called a brown woman a nigger and she did not inquire because of how it was handled the first time she heard someone being called a nigger. Charging Party avers Respondent showed people of non-color favoritism.

Charging Party states a client was discharged from the program and she accidently gave him another clients medication. Charging Party avers Ms. Aldrich sent her an email to write an occurrence report. Charging Party avers she went to Heather Maxion (Title Unknown) and let her know the med cart and the med room had not been cleaned by coworker Adam Cooke, so they both should have written an occurrence report. Charging Party stated Ms. Aldrich no longer wanted her to write the occurrence report. Charging Party states, she was constructively discharged on January 31, 2024.

**Harassment: Constructive Discharge/Hostile Work Environment** Charging Party asserts Ms. Aldrich would tell her things such as "I like things to be black and white. "Charging Party states Ms. Maxion told her that no one was messing with her she was operating from (PTSD) Post-traumatic stress disorder. Charging Party asserts after moving a medicine cabinet she was having back pain and wanted to leave early. Charging Party avers she told Ms. Aldrich she would go on bedrest and take medication once she was home. Charging Party states Ms. Aldrich replied with "now she's going to have a worker's comp claim." Charging Party states, she never mentioned a workers comp claim Ms. Aldrich sent the email to her in error it was meant for Human Resource Director Courtney Cannarella.

Charging Party claims on July 18, 2023, Brittany Washington sent a picture of a muajsia adult toy life size. Charging Party asserts in an email form Christina Davila, Ms. Davila stated she did not work the next day, but she will be doing "women's work, groceries and such." Charging Party avers she asked herself what women's work was and how does it equate to "groceries and such." Charging Party states, she was constructively discharged on January 31, 2024.

**Applicable law(s):** Title VII of the Civil Rights Act of 1964, as amended; Delaware Discrimination in Employment Act, as amended;

| | |
|---|---|
| | **NOTARY** – When necessary for State and Local Agency Requirements |

EXHIBIT 3



3:20

Harrington

**Ronald Romanelli**
To: New Hope/MRP Staff + 5
Mon 2/27/2023 7:46 AM    View more

Good morning all,

I just wanted to inform you that Ted Sammons is suspending pending the outcome of an investigation. Should you have any client concerns, questions, scheduling issues or need to call out please contact myself, Audrey Aldrich or Stacey Simon. I will be at Harrington today and I am seated in Ramona's old office if you need to speak with me.

Thank you,
Ron Romanelli
**Director of Residential Services**
590 Naamans Rd Claymont, DE 19703
833-886-2277 (24/7 Call Center Services)
302-388-6238 (Cell)
rromanelli@coraswellness.org

Reply all

AA    🔒 outlook.office.com

**From:** Thomas Heim <theim@apismgt.org>
**Sent:** Thursday, January 11, 2024 1:12 PM
**To:** Courtney Cannarella <ccannarella@coraswellness.org>
**Cc:** Lindsey Chamberlain <lchamberlain@apismgt.org>; Dan Stump <dstump@apismgt.org>
**Subject:** RE: CORAS- Donicha McCann-Cross

Hi Courtney,

May I ask why this was reported so late?  Did she elevate this immediately to her supervisor?  I can see that the claim was filed as incident only and is in a closed status, however, since she sought treatment, this should have been filed as medical only.

Do you know why she did not decide to seek treatment until 1/8/24, when the injury occurred on 12/27/23?  I see that per ADP, she has not RTW since the injury, however, we do not have a work note that addresses work status.  Do you know if the staff plans on continuing to treat?

I have cc'd my coworker, Lindsey Chamberlain, who will be your point of contact on this claim moving forward.  Lindsey- Please work with Courtney to gather additional details, and make sure Encova is aware that this claim at this time, needs to be opened as the staff sought treatment.

Thank you,

**Thomas Heim**
Workers Compensation & Benefits Coordinator
Apis Services, Inc.
P.O. Box 3949
135 Prospect Street
Reading, PA  19606

## Workers Compensation
Office: 1-833-467-6468 Ext. 1254
Direct Dial: 610-421-4739
Cellular Phone: 484-955-6742
Fax: 610-372-8350
Email: theim@apismgt.org

## Benefits
Phone/Fax/Text: 484-509-1793
Email: benefits@apismgt.org

www.apismgt.org

If you need any assistance do not hesitate to reach out to our Employee Assistance Program through ComPsych GuidanceResources.  24/7 Support at NO extra cost to you for your first 3 sessions!
Phone: 877-595-5281
Website: www.guidanceresources.com
Company web ID: EAPBusiness
*(up to 3 free sessions)



**From:** Courtney Cannarella <ccannarella@coraswellness.org>
**Sent:** Thursday, January 11, 2024 12:56 PM

Exhibit 5

## Donicha McCann-Cross v. New Hope/Coras Wellness and Behavioral Health
## Case No. MCC030824/17C-2024-00334

### Certificate of Service

I, Kasey Hahn certify that on this 26th day of June, 2024, I served a copy of the Respondent's Invitation to Mediate and/or Position Statement in the above-referenced matter on Charging Party via U.S. Mail, at the following address:

433 NORTHDOWN DRIVE
DOVER, DE 19904

Printed Name- Kasey Hahn
Signature- *Kasey Hahn*
Date- 6/26/24
Title- Director of Human Resources Compliance and Investigations, Apis Services, Inc.

10.33 PDF

EFiled: Jan 31 2025 09:01AM EST
Transaction ID 75551081
Case No. K24C-10-014 JJC

### STATE OF DELAWARE
### SUPERIOR COURT

KENT COUNTY COURTHOUSE
38 THE GREEN
DOVER, DELAWARE 19901

ANNETTE D. ASHLEY
PROTHONOTARY

TELEPHONE: 735-1901

January 31, 2025

**Plaintiff:** Donicha McCann-Cross
Mailed to: 433 Northdown Dr. Dover, DE 19904
Emailed to: ncrosscod@gmail.com

**Defense Counsel:** Stacey A. Scrivani, Esq.

**Case#** K24C-10-014 JJC
**Case Name:** McCann-Cross v. CORAS Wellness and Behavioral Health

**Re:** Zoom Oral Argument
1. Plaintiff's Motion for Default Judgment
2. Defendant's Motion to Dismiss

| **Notice of Zoom Oral Argument** |
| --- |

Dear Parties:
An Oral Argument has been scheduled with **Resident Judge Clark** on:

**Friday March 14, 2025 @ 1:30 p.m.**

**The Court will email a Zoom link to all parties.**

**\*Please note** that the Motion for Default Judgment hearing that was noticed for February 14, 2025 @ 11:00 has been re-scheduled to **March 14, 2025 @ 1:30.**

If you have any questions, please contact me at erin.prosser@delaware.gov or call me at (302)735-1919.

/s/ Erin Prosser
Erin Prosser
Judicial Case Manager